EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Johnson & Johnson International Inc.<br><br>Peticionario<br><br>vs.<br><br>Municipio de San Juan<br><br>Recurrida | Certiorari<br><br>2008 TSPR 6<br><br>173 DPR \_\_\_\_ |

Número del Caso: CC-2006-208

Fecha: 22 de enero de 2008

Tribunal de Apelaciones:

      Región Judicial de San Juan-Panel VI

Juez Ponente:

      Hon. Héctor Urgell Cuebas

Abogado de la Parte Peticionaria:

      Lcdo. Francisco G. Bruno

Abogado de la Parte Recurrida:

      Lcdo. René M. Bermúdez Vélez

Materia: Incumplimiento de Contrato

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Johnson & Johnson International Inc.

    Peticionario

        vs.                    CC-2006-208     *CERTIORARI*

Municipio de San Juan

    Recurrida

RESOLUCIÓN
(*Nunc Pro Tunc*)

San Juan, Puerto Rico, a 22 de enero de 2008

Se enmienda *Nunc Pro Tunc* nuestra Opinión de 19 de diciembre de 2007, a los únicos efectos de que en la segunda oración del segundo párrafo de la página 19 donde lee "J&J" lea "al Municipio".

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez no intervino.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo